IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES KEVIN KEEL,

   Plaintiff,

v.              CIVIL ACTION NO.: CV613-073

Warden TOOLE; BRUCE CHATMAN;
JHON PAUL; ,MADIA WEST; DR.
DAVID ROTH; and DR. KAMAU
MOYENDA,

   Defendants.

## ORDER

  Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated July 22, 2013, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until August 23, 2013, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

  Plaintiff has failed to respond to that July 22, 2013, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

  **SO ORDERED**, this _16_ day of _Sept_, 2013.

                B. AVANT EDENFIELD, JUDGE
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA